UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUIT SUPPLY (U.S.A.), INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-08932-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 10 |

On December 21, 2021, Defendant Suit Supply (U.S.A.), Inc. filed a motion to dismiss the original complaint in this case. Dkt. 10. On January 11, 2022, Plaintiff filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 17. As a result, the Court terminates the motion to dismiss the original complaint as moot.

**SO ORDERED.**

Dated: January 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge